UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

APR - 8 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **SUPPRESSED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| JERMAINE YOUNG, | ) | |
| | ) | **4:26CR00167-ZMB/RHH** |
| Defendant. | ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning at a time unknown, but including August 28, 2024, and continuing thereafter to the date of this Indictment, within the Eastern District of Missouri and elsewhere,

**JERMAINE YOUNG,**

the defendant herein, did knowingly and intentionally conspire, combine, confederate and agree together with other persons known and unknown to this Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute controlled substances, to wit, actual methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

The total amount of actual methamphetamine, a Schedule II Controlled Substance, involved in the conspiracy that was reasonably foreseeable to **JERMAINE YOUNG** was at least 50 grams or more, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT II

The Grand Jury further charges that:

On or about April 15, 2024, in the City of St. Louis, State of Missouri, within the Eastern District of Missouri,

### JERMAINE YOUNG,

the defendant herein, did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT III

The Grand Jury further charges that:

On or about August 28, 2024, in the City of St. Louis, State of Missouri, within the Eastern District of Missouri,

### JERMAINE YOUNG,

the defendant herein, did knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.     Pursuant to Title 21, United States Code, Sections 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Counts I, II, and III the defendant shall forfeit to the United States of America any property, constituting, or

derived from, any proceeds obtained, directly or indirectly, as the result of the offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

2.    Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense set forth in Counts I, II, and III.

3.    If any of the property described above, as a result of any act or omission of the defendant(s):

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.


_____
FOREPERSON


THOMAS C. ALBUS
United States Attorney


_____
RICARDO DIXON, #70026MO
Assistant United States Attorney